THE STATE OF OHIO, APPELLEE, *v.* ACKLIN, APPELLANT.

[Cite as *State v. Acklin* (2001), 93 Ohio St.3d 213.]

(No. 01–910—Submitted July 17, 2001—Decided September 19, 2001.)

The discretionary appeal is allowed.

The judgment of the court of appeals is reversed, and the cause is remanded to the court of appeals for application of *State v. Eppinger* (2001), 91 Ohio St.3d 158, 743 N.E.2d 881.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Michael K. Allen,* Hamilton County Prosecuting Attorney, and *Ronald W. Springman, Jr.,* Assistant Prosecuting Attorney, for appellee.

*Charles H. Bartlett, Jr.,* for appellant.